UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABOR SZILADI,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>    Defendant. | Case No. 17-cv-04385-RS<br><br>**ORDER TRANSFERRING CASE** |

On October 31, 2017, Plaintiff Gabor Sziladi's complaint in this action was dismissed without prejudice for improper venue. The order of dismissal (Dkt. No. 16) noted that Sziladi had not requested transfer to the Central District of California and thus dismissal, rather than transfer, was appropriate. Sziladi has since filed a motion for leave to file a first amended complaint as well as a motion to transfer venue. In so doing, he has made clear that he is prepared to litigate this action in the Central District of California and prefers transfer to dismissal. Accordingly, with good cause appearing, the Court hereby transfers this action to the Central District of California.

**IT IS SO ORDERED**.

Dated: November 21, 2017

_____
RICHARD SEEBORG
United States District Judge