UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABOR SZILADI,<br><br>                    Plaintiff,<br><br>          v.<br><br>RIVERSIE COUNTY OF<br>DEPARTMENT OF CHILD SERVICES<br><br>                    Defendants. | Case No. 5:17-cv-02365-ODW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not objected to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.


Dated: September 26, 2018

_____

HONORABLE OTIS D. WRIGHT, II
United States District Judge