JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABOR SZILADI,<br><br>           Plaintiff,<br><br>           v.<br><br>RIVERSIE COUNTY OF DEPARTMENT OF CHILD SERVICES<br><br>           Defendants. | Case No. 5:17-cv-02365-ODW-SHK<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 26, 2018

                                            HONORABLE OTIS D. WRIGHT, II
                                            United States District Judge